UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br>  vs.<br><br>RANDALL LITTLE,<br><br>             Defendant. | 2:16-mj-00621-PAL<br><br><br><br>ORDER |

On September 23, 2016, this Court granted the Federal Public Defender's EX PARTE MOTION to Withdraw and Appointment of New Counsel (doc. 11).

Accordingly, IT IS HEREBY ORDERED that David R. Fischer, is APPOINTED as counsel for Randall Little in place of Federal Public Defender's Office for all future proceedings.

Federal Public Defender's office shall forward the file to Mr. Fischer forthwith.

DATED this 26th day of September, 2016.

_____
UNITED STATES MAGISTRATE JUDGE