```
___ FILED        ___ RECEIVED
___ ENTERED      ___ SERVED ON
       COUNSEL/PARTIES OF RECORD

       FEB 1 6 2017

    CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:16-mj-00621-PAL-1 |
| vs. | ) | |
| | ) | |
| RANDALL LITTLE, | ) | |
| | ) | |
| Defendant. | ) | **ORDER** |
| | ) | |

On January 27, 2017, this Court granted the MOTION to WITHDRAW as Attorney (doc. 29).

Accordingly, IT IS HEREBY ORDERED that **DUSTIN R. MARCELLO**, is APPOINTED as counsel for Randall Little in place of David R. Fischer for all future proceedings. David R Fischer's office shall forward the file to Mr. Marcello forthwith.

DATED this _16th_ day of February, 2017.

_____
UNITED STATES MAGISTRATE JUDGE